**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BRUCE C. EDWARDS, ANGELA K. EDWARDS | ) | |
| TIMOTHY COUCH, and AMANDA COUCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.:  3:18-cv-134-DRH-DGW |
| | ) | |
| HOLISHOR ASSOCIATION, INC., | ) | |
| MADISON COUNTY TITLE COMPANY, INC., | ) | |
| ROBERT LOWRANCE, JEANNE MARTIN, | ) | |
| STEVE YATES, SHAUN DILTZ, DAVE DECKER, | ) | |
| MONTE THUS, MICHAEL HAWKS, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO CORRECT ERROR**

Plaintiffs, by their attorney Thomas W. Burkart, request this court correct an error in the Memorandum and Order (Doc #45), stating as follows:

1. While Plaintiffs disagree with the Court's decision in the Memorandum and Order entered May 15, 2018 (Doc #45), and have chosen not to appeal from this court's decision, plaintiffs request the court correct the error in making the statement at Page 2 lines 10-11 of the Memorandum and Order, which reads, "Plaintiffs are husband and wife couples that each own property in the Holiday Shores Lake Subdivision ("Holiday Shores") ***"

2. Federal Rule of Civil Procedure 60 permits the court to correct a clerical mistake or a mistake arising from oversight or omission.

3. When reviewing a Rule 12(b)(6) motion to dismiss, the Court accepts as true all allegations in the complaint. *Erickson v. Pardus,* 551 U.S. 89, 94 (2007).

4. The statement at Page 2 lines 10-11 ignores the fact that both of the legal descriptions in the deeds attached as Exhibits 4 & 5 to the complaint are "meets & bounds" descriptions without reference to any Plat Book or Page to include them in the Holiday Shores subdivisions. (See Doc #1, Exhibits 4 & 5)  In fact, Holiday Shores, Inc. never

subdivided the tract deeded to Jerome Glick, Lawrence Griggs and Donna Griggs (See Doc #7, paragraph 17).

5. Plaintiffs' properties at no time have been included within a 'Holiday Shores Lake Subdivision.'

6. Defendants admit in their memorandum in support of motion to dismiss that whether plaintiffs' properties are "within" the Holiday Shores subdivisions is a hotly contested issue.  "Holiday Shores, Inc. developed the Holiday Shores lake community and later transferred its interest in the land to Holishor Association. In one transfer agreement from Holiday Shores, Inc. to Holishor Association there is a provision that Plaintiffs believe indicates the transfer agreement does not apply to Plaintiffs' properties. Plaintiffs' belief has led to a dispute between Plaintiffs and Holishor Association over whether Plaintiffs' properties were properly within and governed by Holishor Association's bylaws, covenants, and restrictions." (Doc 41, pp 2-3)

7. It is one thing to say that Jerome Glick, Lawrence Griggs and Donna Griggs received their property from Holiday Shores, Inc., but it is over-reaching to assume that future conveyances from that tract were 'included in a Holiday Shores Lake Subdivision' when none of the recorded legal descriptions refer to a Plat Book and Page.

8. A finding that plaintiffs "own property in the Holiday Shores Lake Subdivision" is not necessary for the court's decision.

9. To be consistent with the allegations of the complaint, Plaintiff respectfully suggests that the following be omitted from page 2 lines 10-11 (Doc #45): "in the Holiday Shores Lake Subdivision ("Holiday Shores") which is."

WHEREFORE, Plaintiff requests this Court omit the words "in the Holiday Shores Lake Subdivision ("Holiday Shores") which is," from page 2 lines 10-11 of Document #45.

Respectfully submitted,

By  /s/ Thomas W. Burkart
Thomas W. Burkart
IL ARDC #06191030

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:

Troy A. Bozarth – tab@heplerbroom.com
Kathryn L. Modeer – Kathryn.Modeer@heplerbroom.com
Bill T. Walker – billtw@sbcglobal.net
Aaron J. Ankrom – aja@flaniganlawoffice.com

/s/ Thomas W. Burkart  #06191030
BURKART LAW OFFICE
P.O. Box 447
130 West State Street
Hamel, Illinois 62046
618/633-2631